# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MUSICQUBED INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXSTAR MEDIA INC., and THE CW NETWORK, LLC,<br><br>    Defendants. | Civil Action No. 2:23-cv-00514-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF JAMES F. MCDONOUGH, III ON BEHALF OF PLAINTIFF MUSICQUBED INNOVATIONS LLC

Plaintiff MUSICQUBED INNOVATIONS LLC hereby gives notice to this Honorable Court and all parties that the undersigned attorney, James F. McDonough, III of Rozier Hardt McDonough PLLC, is entering an appearance in this matter for said Plaintiff. Plaintiff requests the Court and all parties to copy this counsel on all filings, motions and other matters relating to this case as follows:

James F. McDonough, III
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

Dated: January 24, 2024

Respectfully submitted,

By: /s/ James F. McDonough, III

James F. McDonough, III (GA 117088) *
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

Jonathan L. Hardt (TX 24039906) *
Danielle De La Paz (TX 24130716) *
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (737) 295-0876; (737) 304-8481
Email: hardt@rhmtrial.com
Email: danielle@rhmtrial.com

C. Matthew Rozier (CO 46854) *
**ROZIER HARDT MCDONOUGH PLLC**
500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (404) 779-5305
Email: matt@rhmtrial.com

*Attorneys for Plaintiff MUSICQUBED INNOVATIONS LLC*

*Admitted to the Eastern District of Texas

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 24th day of January, 2024, I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

By: */s/ James F. McDonough,III*
James F. McDonough, III